JOHN HOUSTON SCOTT   (SBN 72578)
LIZABETH N. de VRIES   (SBN 227215)
THE SCOTT LAW FIRM
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: 415.561.9600
Fax: 415.561.9609

DARREN KESSLER   (SBN 114986)
LAW OFFICES OF DARREN J. KESSLER
6306 Eureka Avenue, Suite #2
El Cerrito, CA  94530
Telephone/Fax:  (510) 524-7750

Attorneys for the Plaintiff
DON ANTOINE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANTOINE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO, SIX UNKNOWN AGENTS OF THE COUNTY OF SACRAMENTO, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**(Violation of Civil Rights, 42 U.S.C. § 1983)**<br><br>**JURY TRIAL DEMANDED** |

Comes now plaintiff Don Antoine, who hereby alleges as to defendants, as follows:

### JURISDICTION AND VENUE

1.     This action arises under Title 42 United States Code § 1983.

2.     Jurisdiction is conferred by virtue of 28 U.S.C. §§ 1331 and 1343.

1

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

3.     The unlawful acts and practices alleged herein occurred in the County of Sacramento. Venue of this action lies in the United States District Court for the Eastern District of California under 28 U.S.C. §1391 (b)(2).

**PARTIES**

4.     Plaintiff Don Antoine (hereinafter "plaintiff" or "Antoine") is a citizen of the United States and at all relevant times was a resident of the County of Sacramento.

5.     Defendant County of Sacramento operates under its authority the Sacramento County Sheriff's Department. The County of Sacramento is a public entity duly organized and existing under the laws of the State of California.

6.     Plaintiff does not presently know the true name of defendants identified as identified as "Six Unknown Agents of the County of Sacramento" and therefore sues them by fictitious names. Plaintiff is informed and believes, and on that basis alleges, that the "Six Unknown Agents of the County of Sacramento," and each of them, were responsible in some manner for the acts and/or omissions alleged herein. Plaintiff will seek leave to amend this Complaint to add their true names and capacities when they have been ascertained.

7.     Plaintiff does not presently know the true names and capacities of defendants DOES 1 through 25, inclusive, and therefore sues them by these fictitious names. Plaintiff is informed and believes that DOES 1 through 25, and each of them, were responsible in some manner for the acts or omissions alleged herein. Plaintiff will seek leave to amend this Complaint to add their true names and capacities when they have been ascertained.

8.     Plaintiff is informed and believes and thereupon alleges that each of the defendants named herein was acting in the course and scope of employment and under color of state law.  It is further alleged that in doing the acts or omissions complained of, defendants, and each of them, acted or failed to act in concert with other defendants named herein.

9.     Plaintiff further alleges that the acts and omissions alleged herein constitute a continuing violation of civil rights as a result of a pattern and practice of excessive force by

2

1  custodial staff at the Sacramento County jail. Plaintiff seeks damages and injunctive relief as

2  requested herein to remedy the unlawful practices alleged herein.

3  **STATEMENT OF FACTS**

4      10.    Plaintiff Don Antoine, (D.O.B. 06/17/66), is readily identifiable as an African or

5  African American man.

6      11.    On June 18, 2004, Don Antoine was arrested following a vehicle accident for

7  allegedly driving under the influence of alcohol and brought to the Sacramento County Jail at

8  approximately 11:30 p.m.

9      12.    Shortly after midnight, approximately Six Unknown Agents of the County of

10  Sacramento assaulted and/or allowed Antoine to be assaulted without provocation or just cause.

11      13.    This attack caused injuries to the plaintiff's chest, shoulder, ribs, wrist, face, a

12  broken nose, and injuries to his neck and throat, causing his Adam's Apple to be surgically

13  removed.

14      14.    After the attack, plaintiff was handcuffed to a grate on the floor for several hours.

15  He was not provided medical assistance for his obvious injuries.

16      15.    The acts and omissions alleged herein were done pursuant to a custom and policy

17  of the County of Sacramento which authorized, encouraged, and condoned the use of excessive

18  force against inmates in the Sacramento County Jail.

19  **DAMAGES**

20      16.    As a result of defendants' conduct, plaintiff suffered physical pain and disability

21  and severe emotional trauma, worry, anxiety, humiliation and distress.

22      17.    As a further result of defendants' conduct, plaintiff incurred and will incur general

23  and special damages, including damages for medical bills, lost wages and loss of earning

24  capacity.

25      18.    The individual defendants' conduct, including defendants identified as Six

26  Unknown Agents of the County of Sacramento and Does 1 through 25, to the extent they are

27  3

28  COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   named in their individual capacities, was wanton, malicious and oppressive and warrants

2   imposition of punitive damages.

3        19.   Plaintiff found it necessary to engage the services of private counsel to vindicate

4   his rights under the law and is entitled to recover attorneys' fees if he prevails.

### FIRST CAUSE OF ACTION
**(42 U.S.C. § 1983 Against The County of Sacramento)**

7        20.   Plaintiff hereby re-alleges and incorporates by reference as though fully set

8   forth herein all prior paragraphs of this Complaint.

9        21.   The County of Sacramento and the Sacramento County Sheriff's Department were

10   responsible for ensuring the health and safety of the individuals placed in their custody.  This

11   includes a duty to protect inmates in custody from excessive force by agents or employees of the

12   County of Sacramento and/or the County Sheriff's Department.

13        22.   The customs and unwritten policies maintained by the County of Sacramento and

14   the Sacramento County Sheriff's Department authorized, encouraged and condoned the use of

15   excessive force against inmates in the Sacramento County Jail in violation of the United States

16   Constitution, including, but not limited to, the Eighth and Fourteenth Amendments.

17        23.   These customs and policies were a moving force behind the harm suffered by the

18   plaintiff as alleged herein.

19        24.   The County of Sacramento was deliberately indifferent to the risk of harm that

20   said customs and policies would cause and did cause the plaintiff and others.

21        WHEREFORE, plaintiff prays for relief as set forth herein.

### SECOND CAUSE OF ACTION
**(42 U.S.C. § 1983 Against Individual Defendants)**

24        25.   Plaintiff hereby re-alleges and incorporates by reference as though fully set

25   forth herein all prior paragraphs of this Complaint.

27   4

28   COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

26.     The Six Unknown Agents of the County of Sacramento and Does 1-25 (hereafter the "individual" defendants) were acting under color of state law and in the course and scope of their employment.

27.     The individual defendants were callously indifferent to the risk of harm that their conduct would cause by either beating the plaintiff or allowing others to beat him.  As a result of the unnecessary and wanton use of force the plaintiff was severely injured and deprived of his rights protected by the United States Constitution, including but not limited to the Eighth and Fourteenth Amendments.

28.     The individual defendants further deprived plaintiff or caused him to be deprived of necessary care for serious medical conditions.

WHEREFORE, plaintiff prays for relief as set forth herein.

## PRAYER FOR RELIEF

1.     For compensatory and economic damages according to proof;

2.     For general damages according to proof;

3.     For an award of interest, including prejudgment interest at the legal rate;

4.     For an award of attorneys' fees and costs;

5.     For punitive damages against the individual defendants;

6.     For an order requiring defendant County of Sacramento, its agents and employees to implement and enforce policies designed to train and supervise employees regarding the appropriate use of force in the County jail.

7.     For an order requiring the County of Sacramento, its agents and employees to implement and enforce policies designed to independently investigate and appropriately discipline employees who use excessive force or fail to prevent it from occurring.

8.     For an order appointing an independent monitor, at County expense, to review and evaluate the County of Sacramento's compliance with orders and/or injunctive relief that this

5

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Court deems necessary and appropriate in order to remedy the unconstitutional customs and practices alleged herein.

      9.    For such other and further relief as the Court may deem just, necessary and appropriate.

**<u>REQUEST FOR JURY TRIAL</u>**

Plaintiff hereby requests a jury trial for all claims for which she is entitled to a jury trial.

Dated: June 16, 2006

                        THE SCOTT LAW FIRM

                        By _____
                              John Houston Scott
                              Attorney for Plaintiff

F:\Cases\Cases - Active\Antoine, Don\Complaint.wpd

6

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
