```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  JAFAR AFSHAR,
12                      Plaintiff,
13           v.                          CIV. NO. S-04-1088 LKK/JFM
14  CITY OF SACRAMENTO; SACRAMENTO
    POLICE DEPARTMENT; COUNTY OF
15  SACRAMENTO; SACRAMENTO COUNTY
    SHERIFF'S DEPARTMENT; and SHERIFF
16  LOU BLANAS, individually and in his
    official capacity as Sheriff of the
17  Sacramento County Sheriff's Department,
18                      Defendants.
                                           /
19
    DON ANTOINE,
20
                        Plaintiff,
21
             v.                          CIV. NO. S-06-1349 WBS/GGH
22
    COUNTY OF SACRAMENTO, et al.,        NON-RELATED CASE ORDER
23
                        Defendants.
24  _____/
25       The court has received the Notice of Related Cases concerning
26  the above-captioned cases filed June 20, 2006.  See Local Rule 83-
```

1  123, E.D. Cal. (1997).  The court has determined, however, that it
2  is inappropriate to relate or reassign the cases, and therefore
3  declines to do so.  This order is issued for informational purposes
4  only, and shall have no effect on the status of the cases,
5  including any previous Related (or Non-Related) Case Order of this
6  court.

7      IT IS SO ORDERED.

8      DATED:  June 26, 2006.

9      LAWRENCE K. KARLTON
    SENIOR JUDGE
10     UNITED STATES DISTRICT COURT