1  RANDOLPH, CREGGER & CHALFANT LLP
   Robert L. Chalfant, State Bar No. 203051
2  1030 G Street
   Sacramento, California 95814
3  Telephone:  (916) 443-4443
   Facsimile:   (916) 443-2124
4
   Attorneys for Defendant
5  COUNTY OF SACRAMENTO

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 DON ANTOINE,                                No. 2:06-CV-01349-WBS-GGH

12             Plaintiff,                     **STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON**

13     vs.

14 COUNTY OF SACRAMENTO, DARIN GRIEM,
   CHRIS BAKER, JOSEPH REEVE, BRIAN WADE,
15 CHRISTOPHER BRITTON, and DOES 1 through 25,
   inclusive,
16
                Defendants.
17 _____/

18

19     IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

20     1.    The Status (Pretrial Scheduling) Order be modified to allow the disclosure of expert

21 witnesses no later than September 28, 2007;

22     2.    The Status (Pretrial Scheduling) Order be modified to all discovery concerning

23 expert witnesses to be completed by October 15, 2007.

24     Good cause exists for the modification of the Status (Pretrial Scheduling) Order in that the

25 Amended Complaint was filed adding five defendants to the action subsequent to the deadline for

26 disclosure of expert witnesses on June 29, 2007.  Those additional defendants have not yet

---

1
STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON

1 | appeared in the action.

3 | Dated:  August 9, 2007        THE SCOTT LAW FIRM
                                  LAW OFFICES OF DARREN J. KESSLER

                                   /s/ Lizabeth N. deVries
                                  LIZABETH N. DEVRIES (SBN 227215)
                                  DARREN KESSLER (SBN 114986)
                                  Attorneys for Plaintiff DON ANTOINE

9 | Dated:  August 9, 2007        RANDOLPH CREGGER &CHALFANT LLP

                                   /s/ Robert L. Chalfant
                                  ROBERT L. CHALFANT (SBN 503051)
                                  Attorneys for Defendant COUNTY OF SACRAMENTO

## ORDER

IT S SO ORDERED.

Dated:  August 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\06cv1349 Antoine  Stip to Modify Pretrial Order.wpd

Randolph Cregger & Chalfant