1  RANDOLPH, CREGGER & CHALFANT LLP
   Robert L. Chalfant, State Bar No. 203051
2  Wendy Motooka, State Bar No. 233589
   1030 G Street
3  Sacramento, California 95814
   Telephone: (916) 443-4443
4  Facsimile:  (916) 443-2124

5  Attorneys for Defendants
   COUNTY OF SACRAMENTO, DARIN GRIEM,
6  CHRIS BAKER, JOSEPH REEVE, BRIAN WADE,
   and CHRISTOPHER BRITTON
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 DON ANTOINE,                                      No. 2:06-CV-01349-WBS-GGH

12              Plaintiff,                          **STIPULATION TO CONTINUE TRIAL DATE AND ORDER**
13      vs.                                         **THEREON**

14 COUNTY OF SACRAMENTO, SIX UNKNOWN
   AGENTS OF THE COUNTY OF SACRAMENTO,              Trial: March 11, 2008
15 and DOES 1 through 25, inclusive,

16              Defendants.

17

18 _____/

19

20      WHEREAS this matter is scheduled for trial commencing on March 11, 2008;

21      WHEREAS discovery has closed in this matter, but the Court permitted plaintiff to take

22 certain additional depositions when County employees discovered, after the close of the discovery,

23 plaintiff's hitherto missing "Receiving Screening Form";

24      WHEREAS on February 19, 2008, following one of these additional depositions,

25 defendants discovered and disclosed additional documents pertaining to plaintiff's medical

26 condition;

**Randolph Cregger & Chalfant**

1
STIPULATION TO CONTINUE TRIAL DATE AND ORDER THEREON

1  WHEREAS defendants, upon receiving notice of the newly discovered documents,
2  immediately faxed copies of said documents to plaintiff's counsel, and offered to stipulate to
3  continue the trial date, to pay for additional needed depositions, and to pay for plaintiff's travel
4  expenses in returning to Sacramento; and

5  WHEREAS counsel for plaintiff called counsel for defendants on February 21, 2008 to
6  agree to defendants' offer;

7  THE PARTIES NOW HEREBY STIPULATE, with the Court's leave, to continue the trial
8  date to April 1, 2008, to allow time for additional depositions to be taken.

10  DATED:  February 22, 2008                    RANDOLPH CREGGER & CHALFANT LLP

12                                             /s/ Robert L. Chalfant
                                               ROBERT L. CHALFANT
13                                             Attorneys for Defendants DARIN GRIEM, CHRIS
                                               BAKER, JOSEPH REEVE, BRIAN WADE, and
14                                             CHRISTOPHER BRITTON

16  DATED:  February 22, 2008                    SCOTT LAW FIRM

18                                             /s/ Lizabeth N. deVries
                                               LIZABETH N. de VRIES
19                                             Attorneys for Plaintiff DON ANTOINE

## ORDER

The parties have stipulated to continue the trial date to April 1, 2008, in order to take more depositions necessitated by the discovery, on February 19, 2008, of new documents relevant to plaintiff's case.

1    Good cause appearing, the Court vacates the March 11, 2008 trial date, and continues the
2    trial to **April 1, 2008 at 9:00 a.m.**

4    IT IS SO ORDERED.

5    DATED:  February 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**