UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DON ANTOINE,  )
                               )  2:06-cv-01349-WBS-GGH
          Plaintiff,  )
                               )  <u>ORDER VACATING</u>
   v.                            )  <u>SETTLEMENT CONFERENCE</u>
                               )
COUNTY OF SACRAMENTO, et al.  )
                               )
         Defendants.  )
                               )

       Since the confidential settlement statements submitted to the chambers of the undersigned judge reveal it would not be fruitful to conduct the settlement conference presently scheduled to commence at 1:30 p.m. on February 29, 2008, that settlement conference is vacated.

       IT IS SO ORDERED.

Dated:  February 28, 2008

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge