

**FILED**

APR 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON ANTOINE, | ) | Case No.: 2:06-CV-01349-WBS-GGH |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM** |
| v. | ) | |
| DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, and CHRISTOPHER BRITTON, | ) | |
| Defendants. | ) | |

We, the jury, answer the questions submitted to us as follows:

**EXCESSIVE FORCE**

1. Do you find that the plaintiff proved by a preponderance of the evidence that one or more defendants used excessive force against the plaintiff?

   | | | |
   |---|---|---|
   | Darin Griem | __X__ Yes | ____ No |
   | Chris Baker | __X__ Yes | ____ No |
   | Joseph Reeve | __X__ Yes | ____ No |
   | Brian Wade | __X__ Yes | ____ No |
   | Christopher Britton | __X__ Yes | ____ No |

1

If your answer to Question No. 1 is "yes" for one or more defendants, please answer Question No. 2. If your answer is "no" as to all defendants, please answer Question No. 3.

2. Do you find that the plaintiff proved by a preponderance of the evidence that the excessive force was a substantial factor in bringing about plaintiff's injury, harm or damages?

    __X__ Yes          _____ No

If you answered "yes" or "no" to Question No. 2, please answer Question No. 3.

## PUNITIVE RESTRAINT

3. Do you find that the plaintiff proved by a preponderance of the evidence that one or more defendants restrained the plaintiff in the safety cell without a legitimate governmental purpose?

    Darin Griem         __X__ Yes          _____ No
    Chris Baker         __X__ Yes          _____ No
    Joseph Reeve        __X__ Yes          _____ No
    Brian Wade          __X__ Yes          _____ No
    Christopher Britton __X__ Yes          _____ No

If your answer is "yes" to Question No. 3 for one or more defendants, please answer Question No. 4. If you answered "no" to Question No. 3 but "yes" to Question No. 2, go to Question No. 5.

If your answer is "no" to both Question No. 3 and Question No. 2 as to all defendants, answer no further questions and sign and date the verdict form.

2

4. Do you find that the plaintiff proved by a preponderance of the evidence that the punitive restraint was a substantial factor in bringing about plaintiff's injury, harm or damages?

    __X__ Yes          _____ No

If you answered "yes" to Question No. 2 or Question No. 4, please go to Question No. 5.

If your answer is "no" to both of Questions No. 2 and Question No. 4, answer no further questions, and sign and date the verdict form.

## DAMAGES

5. What is the total amount of damages that the plaintiff suffered as a result of the defendants' conduct?

    $ __20,000__

6. Do you find that one or more of the defendants' conduct was malicious, oppressive or in reckless disregard of the plaintiff's rights?

    | Darin Griem        | __X__ Yes | _____ No |
    |--------------------|-----------|-----------|
    | Chris Baker        | __X__ Yes | _____ No |
    | Joseph Reeve       | __X__ Yes | _____ No |
    | Brian Wade         | __X__ Yes | _____ No |
    | Christopher Britton| __X__ Yes | _____ No |

If your answer is "yes" to Question No. 6 as to one or more defendants, please answer the next question for that or those defendants only.

3

7. We assess punitive damages against the following named defendants as follows:

| | |
|---|---|
| Darin Griem | $ 50,000 |
| Chris Baker | $ 25,000 |
| Joseph Reeve | $ 25,000 |
| Brian Wade | $ 25,000 |
| Christopher Britton | $ 25,000 |

Dated: 4-15-08

Foreperson

4