FILED

DEC 02 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DON ANTOINE,<br><br>             Plaintiff - Petitioner,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>             Defendants - Respondents. | No. 08-80163<br><br>D.C. No. 06-cv-1349-WBS<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:  GOODWIN and BEA, Circuit Judges.

On its merits, the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

CP/MOATT