UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DON ANTOINE,

        Plaintiff,

   v.

COUNTY OF SACRAMENTO, DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, GRIAN WADE, and CHRISTOPHER BRITTON,

        Defendants.
_____/

NO. CIV. S-06-01349 WBS GGH

ORDER RE: PLAINTIFF'S REQUEST FOR RECERTIFICATION AND SETTING STATUS CONFERENCE

----oo0oo----

        On December 3, 2008, the Ninth Circuit denied plaintiff's petition to appeal this court's modified June 26, 2008 Order, stating only, "On its merits, the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied."  (Docket No. 167.)  Because the Ninth Circuit denied plaintiff's petition on the merits, plaintiff's request for a recertification in order to cure the untimliness of the petition is denied as moot.

1

1    Accordingly, a status conference is ordered for
2 January 26, 2009 at 2:00 p.m. in Courtroom No. 5.  On or before
3 January 12, 2009, counsel for each side shall file a status
4 report proposing a new trial date and addressing any other
5 relevant issues.
6    IT IS SO ORDERED.
7 DATED:  December 4, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE