RANDOLPH, CREGGER & CHALFANT LLP
Robert L. Chalfant, State Bar No. 203051
Wendy Motooka, State Bar No. 233589
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendants
DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE,
BRIAN WADE, and CHRISTOPHER BRITTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANTOINE, | No. 2:06-CV-01349-WBS-GGH |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, SIX UNKNOWN AGENTS OF THE COUNTY OF SACRAMENTO, and DOES 1 through 25, inclusive, | |
| Defendants. | |
| _____/ | |

WHEREAS on December 4, 2008, this Court issued an order setting a status conference for January 26, 2009, at 2:00 p.m.; and

WHEREAS defendants' counsel is currently set for a ten-day trial in the District Court before Judge Karlton, commencing on January 21, 2009;

THE PARTIES NOW HEREBY STIPULATE, with the Court's leave, to continue the status conference date to February 23, 2009 at 2:00 p.m.

//

//

1

STIPULATION TO CONTINUE STATUS CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: January 5, 2009 | RANDOLPH CREGGER & CHALFAT LLP |
| 2 | | |
| 3 | | /s/ Robert L. Chalfant |
| 4 | | ROBERT L. CHALFANT |
| 5 | | Attorneys for Defendants DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, and CHRISTOPHER BRITTON |
| 6 | | |
| 7 | | |
| 8 | DATED: January 5, 2009 | LAW OFFICES OF DARREN J. KESSLER |
| 9 | | |
| 10 | | /s/ Darren J. Kessler |
| 11 | | DARREN J. KESSLER |
| 12 | | Attorneys for Plaintiff DON ANTOINE |
| 13 | | |
| 14 | DATED: January 5, 2009 | SCOTT LAW FIRM |
| 15 | | |
| 16 | | /s/ Lizabeth N. de Vries |
| 17 | | LIZABETH N. de VRIES |
| 18 | | Attorneys for Plaintiff DON ANTOINE |

**IT IS SO ORDERED.**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: January 7, 2009

**Randolph Cregger & Chalfant**

2

STIPULATION TO CONTINUE STATUS CONFERENCE