RANDOLPH, CREGGER & CHALFANT LLP
Robert L. Chalfant, State Bar No. 203051
Wendy Motooka, State Bar No. 233589
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendants
DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE,
and CHRISTOPHER BRITTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANTOINE,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO, DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, CHRISTOPHER BRITTON, and DOES 1 through 25, inclusive,<br><br>        Defendants.<br>_____/ | No. 2:06-CV-01349-WBS-GGH<br><br>**ORDER RE APPEARANCE OF SACRAMENTO POLICE OFFICER AT TRIAL**<br><br>Trial Date: March 17, 2009 |

Good cause having been shown, IT IS HEREBY ORDERED that Sacramento Police Officer Chris Johnston shall be produced on shortened notice for trial of the within action scheduled to commence March 17, 2009 at 9:00 A.M. in Courtroom 5.

Dated: March 4, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE