UNITED STATES DISTRICT COURT

FILED

April 14, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

Don Antoine

v.          CASE NUMBER:  CIV S-06-cv-01349 WBS GGH

County of Sacramento, et al.,

<u>XX</u> --  **Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.**

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
WITH THE JURY VERDICT RENDERED March 27, 2009.

VICTORIA C. MINOR,
CLERK OF COURT

ENTERED:   April 14, 2009

by:/s/ A. Kastilahn
A. Kastilahn, Deputy Clerk