UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 14, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

AMENDED  **JUDGMENT IN A CIVIL CASE**

**Don Antoine**

        **v.**        **CASE NUMBER:  CIV S-06-cv-01349 WBS** GGH

**County of Sacramento, et al.,**

<u>XX</u> --  **Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.**

    **IT IS ORDERED AND ADJUDGED**

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED March 27, 2009.**

           **VICTORIA C. MINOR,
CLERK OF COURT**

**ENTERED:   April 14, 2009**

           **by:/s/ A. Kastilahn
A. Kastilahn, Deputy Clerk**