UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## AMENDED JUDGMENT

Don Antoine

        v.    CASE NUMBER: 2:06-cv-1349 WBS GGH

County of Sacramento, et al

**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

 IT IS ORDERED AND ADJUDGED

  THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF DON ANTOINE IN THE AMOUNT OF $170,000.00  IN ACCORDANCE WITH THE JURY VERDICT RENDERED 04/15/2008.

           VICTORIA C. MINOR,
           CLERK OF COURT

ENTERED:   December 16, 2010

           by:__/s/ D. Waggoner_____
           **D. Waggoner, Deputy Clerk**