1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone: (510) 597-1775
   Facsimile: (510) 597-0957
5
   Attorneys for Plaintiff Don Antoine
6

7  RANDOLPH CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, STATE BAR NO. 203051
8  WENDY MOTOOKA, STATE BAR NO. 233589
   1030 G Street
9  Sacramento, California 95814
   Telephone: (916) 443-4443
10 Facsimile:   (916) 443-2124

11 Attorneys for Defendants
   DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE,
12 BRIAN WADE, and CHRISTOPHER BRITTON

13

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

17 DON ANTOINE,                              No. 2:06-CV-01349-WBS-GGH

18           Plaintiff,
                                             **NOTICE OF TENTATIVE
19      vs.                                  GLOBAL SETTLEMENT;
                                             STIPULATION TO CONTINUE
20 COUNTY OF SACRAMENTO, DARIN GRIEM,        HEARING ON PLAINTIFF'S
   CHRIS BAKER, JOSEPH REEVE, BRIAN WADE,    MOTION FOR ATTORNEYS'
21 CHRISTOPHER BRITTON, and DOES 1 through 25, FEES AND EXPENSES TO MAY
   inclusive,                                23, 2011; ~~PROPOSED~~ ORDER
22                                           THEREON
           Defendants.
23
                                             Date: April 25, 2011
24                                           Time: 2:00 p.m.
                                             Courtroom: 5, 14th Floor
25                                           Judge: Hon. William B. Shubb
                                        /
26

---

1
NOTICE OF TENTATIVE SETTLEMENT AND STIP. TO CONTINUE HEARING

**Randolph Cregger & Chalfant**

**PLEASE TAKE NOTICE THAT** plaintiff Don Antoine and defendants Darin Griem, Chris Baker, Joseph Reeve, Brian Wade and Christopher Britton, through their respective counsel of record, have reached a tentative global settlement of this case following the mediation, conducted by the Ninth Circuit mediator, on March 17, 2011.

The tentative global settlement resolves all remaining issues in this case, including payment of interest on and satisfaction of the judgment, plaintiff's motion for fees on appeal, plaintiff's motion for trial fees and expenses, and plaintiff's costs bill. The settlement is tentative only in that it is subject to approval by the County, to be determined no later than April 12, 2011.

## STIPULATION

In light of the foregoing, the parties anticipate that the hearing on plaintiff's motion for attorneys' fees and expenses, currently set for April 25, 2011, will not be necessary. Therefore, the parties hereby stipulate, through their counsel of record, as follows:

1. The hearing on plaintiff's motion for attorneys' fees and expenses currently set for April 25, 2011, shall be continued to May 23, 2011, if necessary.
2. Defendants' opposition to the motion, if necessary, shall be due on May 2, 2011.
3. Plaintiff's reply, if necessary, shall be due on May 16, 2011.

Dated: March 29, 2011            LAW OFFICES OF AMITAI SCHWARTZ

　　　　　　　　　　　　　　　　 /s/ Amitai Schwartz
　　　　　　　　　　　　　　　　AMITAI SCHWARTZ
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Don Antoine

Dated: March 31, 2011            RANDOLPH CREGGER &CHALFANT LLP

　　　　　　　　　　　　　　　　 /s/ Robert L. Chalfant
　　　　　　　　　　　　　　　　ROBERT L. CHALFANT
　　　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF SACRAMENTO, DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, CHRISTOPHER BRITTON

**ORDER**

After considering the Notice of Tentative Global Settlement and Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The renewed request to amend the judgment is denied; and
2. The hearing on plaintiff's motion for attorney's fees and expenses, previously set for April 25, 2011, shall be continued, if necessary, to May 23, 2011, at 2:00 p.m. Completion of the briefing on the motion, if necessary, shall be due as follows:
    a. Defendants' opposition shall be due on May 2, 2011.
    b. Plaintiff's reply shall be due on May 16, 2011.

**IT IS SO ORDERED.**

DATE:  March 31, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**