Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
Law Office of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiff DON ANTOINE


RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
rlc@randolphlaw.net
WENDY MOTOOKA, State Bar No. 233589
wmotooka@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendants DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, and CHRISTOPHER BRITTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANTOINE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO, DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, CHRISTOPHER BRITTON, and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | No. 2:06-cv-01349-WBS-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES (FROM MAY 23, 2011 TO JUNE 20, 2011); AND** ~~PROPOSED~~ **ORDER THEREON**<br><br>Date: May 23, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb |

　　　　WHEREAS the parties have resolved all outstanding matters including resolution of

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO CONTINUE FEE MOTION
HEARING DATE                                  - 1 -
Case No. 2:06-CV-01349

attorneys' fees, costs and expenses at the District Court level, pending final preparation of appropriate settlement documents and payment of the settlement amount and judgment;

WHEREAS plaintiff anticipates withdrawing the pending fee motion and cost bill presently set for hearing on May 23, 2011, and filing a satisfaction of judgment within 45 days;

WHEREAS plaintiff requests the Court reserve jurisdiction until the settlement amount and judgment have been paid;

THEREFORE the parties hereby stipulate, through their counsel of record, as follows:

1. Subject to the approval of the Court, the parties agree to continue the hearing date on plaintiff's motion for attorney's fees on the merits from May 23, 2011, to June 20, 2011, at 2:00 p.m.; and

2. The parties further agree that completion of the briefing on the motion before the district court, if necessary, shall be continued as follows:

    a. Defendants' opposition shall be due on May 31, 2011, twenty (20) days before the continued hearing date; and

    b. Plaintiff's reply shall be due on June 13, 2011, seven (7) days before the continued hearing date, as set forth in Local Rule 230(d).

IT IS SO STIPULATED.

DATE: April 27, 2011                LAW OFFICES OF AMITAI SCHWARTZ

                                                /s/ Amitai Schwartz
                                                Amitai Schwartz
                                                Attorneys for Plaintiff

DATE: April 27, 2011                RANDOLPH CREGGER & CHALFANT LLP

                                                /s/ Robert L. Chalfant
                                                Robert L. Chalfant
                                                Attorneys for Defendants

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO CONTINUE FEE MOTION
HEARING DATE                - 2 -
Case No. 2:06-CV-01349

## ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. The hearing on plaintiff's motion for attorney's fees and expenses, previously set for May 23, 2011, shall be continued to June 20, 2011, at 2:00 p.m. Completion of the briefing on the motion, if necessary, shall be due as follows:

    a. Defendants' opposition shall be due on May 31, 2011.

    b. Plaintiff's reply shall be due on June 13, 2011.

**IT IS SO ORDERED.**

DATE: April 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO CONTINUE FEE MOTION
HEARING DATE
Case No. 2:06-CV-01349

- 3 -