Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
Law Office of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:  (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiff DON ANTOINE


RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
rlc@randolphlaw.net
WENDY MOTOOKA, State Bar No. 233589
wmotooka@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, and CHRISTOPHER BRITTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANTOINE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO, DARIN GRIEM, CHRIS BAKER, JOSEPH REEVE, BRIAN WADE, CHRISTOPHER BRITTON, and DOES 1 to 25, inclusive,<br><br>　　　　　Defendants. | No.  2:06-cv-01349-WBS-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES (FROM JUNE 20, 2011 TO AUGUST 1, 2011); AND** ~~PROPOSED~~ **ORDER THEREON**<br><br>Date:  June 20, 2011<br>Time:  2:00 p.m.<br>Courtroom:  5, 14th Floor<br>Judge: Hon. William B. Shubb |

WHEREAS the parties have resolved all outstanding matters including resolution of

STIPULATION TO CONTINUE FEE MOTION HEARING DATE
Case No. 2:06-CV-01349
- 1 -

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

1 attorneys' fees, costs and expenses at the District Court level, pending payment of the settlement
2 amount and judgment;
3       WHEREAS plaintiff anticipates withdrawing the pending fee motion and cost bill
4 presently set for hearing on June 20, 2011, and filing a satisfaction of judgment in early July,
5 2011, after payment is received;
6       WHEREAS plaintiff requests the Court reserve jurisdiction until the settlement amount
7 and judgment have been paid;
8       THEREFORE the parties hereby stipulate, through their counsel of record, as follows:
9       1.    Subject to the approval of the Court, the parties agree to continue the hearing date
10 on plaintiff's motion for attorney's fees on the merits from June 20, 2011, to August 1, 2011, at
11 2:00 p.m.; and
12       2.    The parties further agree that completion of the briefing on the motion before the
13 district court, if necessary, shall be continued as follows:
14         a.    Defendants' opposition shall be due on July 12, 2011, twenty (20) days
15       before the continued hearing date; and
16         b.    Plaintiff's reply shall be due on July 25, 2011, seven (7) days before the
17       continued hearing date, as set forth in Local Rule 230(d).
18       IT IS SO STIPULATED.
19
20 DATE: May 26, 2011                LAW OFFICES OF AMITAI SCHWARTZ
21
22                                        /s/ Amitai Schwartz
23                                        Amitai Schwartz
                                       Attorneys for Plaintiff
24
25 DATE: May 26, 2011                RANDOLPH CREGGER & CHALFANT LLP
26
27                                        /s/ Robert L. Chalfant
28                                        Robert L. Chalfant
                                       Attorneys for Defendants

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO CONTINUE FEE MOTION
HEARING DATE      - 2 -
Case No. 2:06-CV-01349

## ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. The hearing on plaintiff's motion for attorney's fees and expenses, previously set for June 20, 2011, shall be continued to August 1, 2011, at 2:00 p.m. Completion of the briefing on the motion, if necessary, shall be due as follows:

    a. Defendants' opposition shall be due on July 12, 2011.

    b. Plaintiff's reply shall be due on July 25, 2011.

**IT IS SO ORDERED.**

DATE: May 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO CONTINUE FEE MOTION
HEARING DATE - 3 -
Case No. 2:06-CV-01349